LMH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anthony Soto, | ) | No. CV 05-2223-PHX-EHC |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph M. Arpaio, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Magistrate Judge Marshall's Report and Recommendation for dismissal of this action with prejudice for Plaintiff's failure to prosecute and failure to comply with Court Orders (Dkt. 7).  Plaintiff has not filed a Response or Objection.  The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Dkt. 7) is **adopted in part**. The Complaint is **dismissed** without prejudice.

DATED this 25th day of September, 2006.

_____
Earl H. Carroll
United States District Judge